IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Charles Knecht, on Behalf of Himself and Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) Charleston Place LLC., and Charleston Place Holdings Inc., dba Charleston Grill by Belmond, ) ) ) ) ) Defendants. ) ) | **ORDER APPROVING SETTLEMENT** C.A. No.: 2:17-cv-3460-PMD |

This matter comes before the Court pursuant to the Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice made by and between Plaintiff Charles Knecht and opt-in Plaintiff Paul Shotts ("Plaintiffs") and Defendants Charleston Place LLC., and Charleston Place Holdings Inc., dba Charleston Grill by Belmond ("Defendants") (collectively referred to herein as "Parties").  The settlement is presented to the Court for approval because Plaintiffs have asserted a claim under the Fair Labor Standards Act.  The Court has reviewed the Parties' Settlement Agreement.  Defendants vigorously contest the factual and legal basis for Plaintiffs' claims, and the Court finds that a bona fide dispute exists as to liability in this lawsuit.  Having fully considered the Parties' submissions, the Court finds that the Motion is meritorious and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED**, that the Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice is **GRANTED**. The Court **APPROVES** the settlement reached by the Parties in this matter.

**IT IS FURTHER ORDERED**, **ADJUDGED** and **DECREED**, that this case is **DISMISSED WITH PREJUDICE.**

    **IT IS SO ORDERED.**

*[Signature]*
PATRICK MICHAEL DUFFY
United States District Judge

**May 23, 2018**
**Charleston, South Carolina**